IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC COWLEY, and GILLIAN COWLEY, | ) | 8:11CV325 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CABELA'S OUTDOOR ADVENTURES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Joint Stipulation.  (Filing No. 19.)  In the Stipulation, the parties ask the court to stay this matter until January 20, 2012,  so that they may attempt to resolve this matter using "ADR efforts."  (*Id*.)

IT IS THEREFORE ORDERED that:

1. The parties' Joint Stipulation (filing no. 19) is granted.

2. The parties shall update the court regarding the status of this matter by January 20, 2012.

3. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: "Check for status update on **January 21, 2012**."

DATED this 23rd day of December, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.