IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC COWLEY, and GILLIAN COWLEY, | ) ) ) | 8:11CV325 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| CABELA'S OUTDOOR ADVENTURES, INC., et al., | ) ) ) | |
| Defendants. | ) | |

This matter is before the court on it own motion. On March 6, 2012, the parties submitted a Status Report. (Filing No. 25.) In the Status Report, the parties stated they were awaiting a demand from Plaintiff as part of their alternative dispute resolution ("ADR") effort to resolve this matter. (*Id*.) The parties informed the court that they would update the court regarding their progress no later than April 4, 2012. (*Id*.) The parties failed to update the court by this deadline. (*See* Docket Sheet.)

IT IS THEREFORE ORDERED that: the parties shall have until July 23, 2012, to update the court regarding the status of their ADR efforts.

DATED this 17th day of July, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.